**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00165-CV**
_____

**KENNETH LARE, Appellant**

**V.**

**GALAXY PROFESSIONAL SERVICES, LLC AND PRIME ELECTRICAL WBE, LLC D/B/A CALIBER SOLUTIONS, Appellees**

_____

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-207,509**
_____

**MEMORANDUM OPINION**

Kenneth Lare appealed a temporary injunction order in a suit for breach of a non-compete agreement. On September 22, 2021, the trial court dissolved the temporary injunction on the motion of the appellees, Galaxy Professional Services, LLC and Prime Electrical WBE, LLC d/b/a Caliber Solutions. On September 23, 2021, we notified the parties that the appeal would be dismissed as moot unless Lare filed a written response to the appellees' suggestion of mootness within fifteen days.

1

Lare has not responded to the suggestion of mootness. Accordingly, we dismiss the accelerated appeal as moot without reference to the merits. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 20, 2021
Opinion Delivered October 21, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.